IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE<br><br>AUTOMOTIVE PROFESSIONALS, INC.<br><br>    Debtor<br><br>FRANCES GECKER, not individually but as Chapter 11 trustee of the bankruptcy estate of Automotive Professionals, Inc., and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS of Automotive Professionals, Inc.<br><br>    Plaintiffs,<br>v.<br><br>MARATHON FINANCIAL INSURANCE CO., INC., RRG,<br><br>    Defendant. | Case No. 08-C 1550<br>Hon. Robert M. Dow, Jr.<br><br><br><br>Bankruptcy Case: 07-06720<br>Hon. Carol A. Doyle<br>Adversary Case No.: 08-00089<br><br>**Hearing Date: March 27, 2008**<br>**Hearing Time: 9:15 am**<br>**Room No.: 1719** |

## NOTICE OF MOTION

Please take notice that on March 27, 2008 at 9:15 am, we shall appear before the Honorable Robert M. Dow, Jr., United States District Court Judge for the Northern District of Illinois, Eastern Division, in courtroom 1719 at the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached **MARATHON FINANCIAL INSURANCE COMPANY, INC., RRG'S MOTION TO WITHDRAW THE BANKRUPTCY REFERENCE,** a copy of which was previously filed with the court.

                                              HIRSCH & WESTHEIMER, P.C.

                                              By: /s/ Michael J. Durrschmidt
                                                  Michael J. Durrschmidt
                                                  State Bar No. 06287650
                                                  Eric S. Lipper
                                                  Texas Bar No. 12399000
                                                  Bank of America Center
                                                  700 Louisiana, 25th Floor
                                                  Houston, Texas  77002-2728
                                                  TEL:  (713) 220-9165
                                                  FAX: (713) 223-9319
                                                  Email: mdurrschmidt@hirschwest.com

                                             **COUNSEL FOR MARATHON FINANCIAL INSURANCE COMPANY, INC.,RRG**

LAW OFFICES OF MARK A. SCHRAMM

By: /s/ Mark A. Schramm
Mark A. Schramm
State Bar No. 06183571
One East Wacker Drive, Suite 2850
Chicago, Illinois 60601
Telephone: (312) 222-9420
Telecopier: (312) 222-9421
Email: marsch500@gmail.com

**LOCAL COUNSEL FOR MARATHON FINANCIAL INSURANCE COMPANY, INC.,RRG**

## CERTIFICATE OF SERVICE

Mark A. Schramm, one of the attorneys for Defendant Marathon Financial Insurance Company, Inc., a Risk Retention Group, certifies that on March 20, 2008 I caused the foregoing **MARATHON FINANCIAL INSURANCE CO., INC., RRG'S MOTION TO WITHDRAW THE BANKRUPTCY REFERENCE** on behalf of Marathon Financial to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the court's electronic filing system

*[signature]*

Mark A. Schramm
**Law Offices of Mark A. Schramm**
One East Wacker Drive, Suite 2850
Chicago, IL 60601
312-222-9420
312-222-9421 (fax)
Atty Number 06183571
marsch500@gmail.com