**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:   08 C 01550

Frances Gecker, not individually but as Chapter 11 Trustee of the bankruptcy estate of Automotive Professionals, Inc. and Official Committee of Automotive Professionals, Inc., Plaintiffs,

vs.

Marathon Financial Insurance Co., Inc., RRG, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Frances Gecker, not individually but as Chapter 11 Trustee of the bankruptcy estate of Automotive Professionals, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Frances Gecker | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Frances Gecker | |
| FIRM  Frank/Gecker LLP | |
| STREET ADDRESS  325 North LaSalle Street, Suite 625 | |
| CITY/STATE/ZIP  Chicago, Illinois  60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6198450 | TELEPHONE NUMBER (312) 276-1400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?       YES ☐       NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐       NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES ☒ NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |