# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Frances Gecker, et al.

                                   Plaintiff,

v.                                                            Case No.: 1:08−cv−01550
                                                                Honorable Robert M. Dow Jr.

Marathon Financial Insurance Co, Inc., RRG

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr:Motion to withdraw reference [1] is entered and continued pending ruling in the bankruptcy court on motion to strike jury demand. Parties directed to advise this court of Judge Doyle's ruling on motion to strike jury demand.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.