MHN

(Revised 02/01/01)

# United States District Court   Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | Frances Gekcer & Official Committee of Unsecured Creditors | Plantiff(s) |
| --- | --- | --- |
| | VS. | |
| | Marathon Financial Insurance Co., Inc., RRG | Defendant(s) |
| Case Number: 08C 1550 | Judge: Robert M. Dow, Jr. | |

RECEIVED MAR 2 6 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

I, Michael J. Durrschmidt, hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

Marathon Financial Insurance Co., Inc., RRG     by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | DateAdmitted |
| --- | --- |
| Please see attached | |
| | |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
| --- | --- | --- |
| | Not in District Court - see attached | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes ✓   No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | Yes | No |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | ☐ | ☑ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | ☐ | ☑ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | ☐ | ☑ |
| denied admission to the bar of any court? | ☐ | ☑ |
| held in contempt of court? | ☐ | ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

3-25-08
Date

_[signature]_
Signature of Applicant

| Applicant's Name | Last Name<br>Durrschmidt | First Name<br>Michael | Middle Name/Initial<br>J |
|---|---|---|---|
| Applicant's Law Firm | Hirsch & Westheimer, P.C. | | |
| Applicant's Address | Street Address (include suite or room number)<br>700 Louisiana, Suite 2550 | | State Bar Number<br>06287650 |
| | City<br>Houston | State<br>Texas | ZIP Code<br>77002 | Work Phone Number<br>713-220-9181 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

(Fee Stamp)
PAID
RECEIPT #
MAR 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

## ORDER

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: March 28, 2008

_[signature]_
United States District Judge

Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
700 Louisiana, Suite 2550
Houston, Texas 77002

I am member in good standing and eligible to practice the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| Texas States Courts | 11/05/82 |
| U.S. Supreme Court | 03/26/90 |
| Fifth Circuit Court of Appeal | 1982 |
| Second Circuit Court of Appeal | 5/21/97 |
| U.S. District Court, Southern District of Texas | 1982 |
| U.S. District Court, Western District of Texas | 06/10/02 |
| U.S. District Court, Northern District of Texas | 03/14/02 |
| U.S. District Court, Eastern District of Texas | 06/03/96 |
| U.S. District Court, Western District of Michigan | 11/14/05 |

RECEIVED
APR 2 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 30 2007
KENNETH S. GARDNER, CLERK
PS REP. - SW

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE § | |
| § | |
| AUTOMOTIVE PROFESSIONALS, INC. § | Case No. 07-6720 |
| § | Chapter 11 |
| § | Hon. Carol A. Doyle |
| Debtor § | |

## APPLICATION TO APPEAR PRO HAC VICE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Michael J. Durrschmidt, Applicant herein, and respectfully states the following:

1. Applicant is an attorney and a member and shareholder of the law firm of HIRSCH & WESTHEIMER, P.C., with offices at 700 Louisiana, 25th Floor, Bank of America Center, Houston, Texas 77002, (713) 220-9165.

2. Applicant will sign all pleadings with the name Michael J. Durrschmidt.

3. Applicant has been retained as a member of the above-named Firm by Marathon Financial Insurance Company, Inc. to provide legal representation in connection with the above-styled matter now pending before the United States Bankruptcy Court, Northern District of Illinois.

4. Since November, 1985, Applicant has been and presently is a member in good standing of the bar of the highest court of the state of Texas where Applicant regularly practices law. Applicant's bar license number is 06287650.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S. District Court – Southern District of Texas | 1982 |
| U.S. District Court – Eastern District of Texas | 1996 |
| U.S. District Court – Western District of Texas | 2002 |
| U.S. District Court – Northern District of Texas | 2002 |
| U.S. District Court – Western District of Michigan | 2005 |

| | |
|---|---|
| U.S. Fifth Circuit Court | 1985 |
| U.S. Second Circuit Court | 1997 |
| Texas Supreme Court | 1982 |
| U.S. Supreme Court | 1990 |

6. Applicant is presently a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

8. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

9. Applicant has not filed for *pro hac vice* admission in the United States Bankruptcy Court, Northern District of Illinois during the past three (3) years.

10. Local counsel of record has been designated in this matter as Mark A. Schramm, Law Offices of Mark A. Schramm, One East Wacker Drive, Suite 2850, Chicago, Illinois 60601.

11. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Illinois for this cause only.

Respectfully submitted this 26 day of April, 2007.

**PAID**
RECEIPT # 104 29 683
APR 2 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

OF COUNSEL:

HIRSCH & WESTHEIMER, P.C.

HIRSCH & WESTHEIMER, P.C.

By: _____
Michael J. Durrschmidt
Admissions No. 4720
State Bar No. 06287650
25th Floor, Bank of America Center
700 Louisiana
Houston, Texas 77002
Telephone: (713) 220-9165
Telecopier: (713) 223-9319
mdurrschmidt@hirschwest.com
ATTORNEYS FOR MARATHON FINANCIAL INSURANCE COMPANY, INC.