IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCES GECKER, not individually but as Chapter 11 trustee of the bankruptcy estate of Automotive Professionals, Inc., and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS of Automotive Professionals, Inc. § § § § § § | |
| Plaintiffs, § | Civil Action No. 08-cv-01550 |
| v. § | |
| MARATHON FINANCIAL INSURANCE CO., INC., RRG § § | JURY DEMANDED |
| Defendant. § | |

## NOTICE OF MOTION

Please take notice that on **Thursday, June 19, 2008 at 9:15 am**, we shall appear before Honorable Robert M. Dow, Jr., United States District Judge for the Northern District of Illinois, Eastern Division, in courtroom 1919 at the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached **MOTION TO SET STATUS CONFERENCE.**

HIRSCH & WESTHEIMER, P.C.

By: /s/ Michael J. Durrschmidt
   Michael J. Durrschmidt
   State Bar No. 06287650
   Eric S. Lipper
   Texas Bar No. 12399000
   Bank of America Center
   700 Louisiana, 25th Floor
   Houston, Texas  77002-2728
   TEL:  (713) 220-9165
   FAX:  (713) 223-9319
   Email: mdurrschmidt@hirschwest.com

**COUNSEL FOR MARATHON FINANCIAL INSURANCE COMPANY, INC.**

LAW OFFICES OF MARK A. SCHRAMM

By: /s/ Mark A. Schramm
    Mark A. Schramm
    State Bar No. 06183571
    One East Wacker Drive, Suite 2850
    Chicago, Illinois 60601
    Telephone: (312) 222.9420
    Telecopier: (312) 222.9421
    Email: Marsch500@aol.com

**LOCAL COUNSEL FOR MARATHON FINANCIAL INSURANCE COMPANY, INC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by first class mail, postage prepaid, facsimile and/or electronic mail by the Clerk of the Court via the ECM system, as listed below.

**Micah R. Krohn**
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

**Alan B. Rich**
Alan b. Rich, Attorney & counselor
1201 Main Street
Suite 1910
LB 201
Dallas, TX 75202-3909

**George P. Apostolides**
Arnstein & Lehr, LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606-3913

**United States Trustee**
Office of the United States Trustee
227 West Monroe Street
Suite 3350
Chicago, IL 60606

**Carol Ann Doyle**
United States Bankruptcy Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**
United States Bankruptcy Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

/s/ Michael J. Durrschmidt
Michael J. Durrschmidt