# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert M. Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1550 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Gecker vs. Marathon Financial | | |

**DOCKET ENTRY TEXT**

For reasons detailed below, motion for status conference [14] granted and motion to withdraw the bankruptcy reference [1] is taken under advisement. Status set for 7/10/08 at 9:30 a.m. Notice of motion date of 6/19/08 stricken and no appearance necessary on that date.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

The Court has before it Defendant Marathon's motion to withdraw the bankruptcy reference and brief in support [1], Plaintiff Gecker's responses to that motion [4, 16], and Defendant Marathon's motion to set status conference [14]. The Court previously entered and continued the motion to withdraw the reference pending a ruling by Chief Bankruptcy Judge Doyle on a motion to strike Defendant Marathon's jury demand. [11.] Chief Judge Doyle issued her ruling on 6/11/08, prompting Defendant Marathon's motion requesting a status conference. In view of the further response to the motion to withdraw the reference filed by Plaintiff Gecker on 6/17/08, the Court requests that Defendant Marathon submit a reply in support of its motion to withdraw the reference on or before 7/2/08 and sets this matter for a status conference on 7/10/08 at 9:30 am. The motion to set a status conference [14] therefore is granted and the motion to withdraw the reference [1] is taken under advisement. Notice of motion date of 6/19/08 is stricken and no appearances are necessary on that date.