# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Frances Gecker, et al.

Plaintiff,

v.
Case No.: 1:08–cv–01550
Honorable Robert M. Dow Jr.

Marathon Financial Insurance Co, Inc., RRG

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

     MINUTE entry before the Honorable Robert M. Dow, Jr:Marathon's motion to withdraw the reference [1] is denied without prejudice.Civil case terminated.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.