# United States District Court
## Northern District of Illinois
### Eastern Division

Gecker, et al                                    **JUDGMENT IN A CIVIL CASE**

      v.                                    Case Number: 08 C 1550

Marathon Financial Insurance Co.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Marathon's motion to withdraw the reference [1] is denied without prejudice.

Michael W. Dobbins, Clerk of Court

Date: 7/22/2008                           _____

                                                      /s/ Theresa B. Kinney, Deputy Clerk